GARY NORTON, as Parent and Natural Guardian of MICHELLE NORTON, an Infant, Appellant, v CANANDAIGUA CITY SCHOOL DISTRICT et al., Respondents, et al., Defendant. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same opinion as in *Norton v Canandiagua City School Dist.* (208 AD2d 282 [decided herewith]). Present—Pine, J. P., Fallon and Wesley, JJ.